FILED: September 13, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1082
(5:19-cv-00040-EKD-RSB)

_____

ADAM ARMSTRONG

      Plaintiff - Appellant

v.

BRYAN HUTCHESON, Sheriff, Rockingham County, in his Personal Capacity;
DANIEL L. CONLEY, in His Personal Capacity; BRADLEY SMITH, in His
Personal Capacity

      Defendants - Appellees

 and

THOMAS JAMES, in His Personal Capacity; KRISTY MARIE ROADCAP

      Defendants

_____

O R D E R

_____

The court amends its opinion filed September 13, 2023, as follows:

On the cover page, the word "Submitted" is corrected to "Argued."

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk